IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Coozie Britton, Jr., <br><br> Plaintiff, <br><br> -vs- <br><br> Houston County Department of Education, <br><br> Defendant. | Case No. 2:15-cv-43 <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge.[1] The Report and Recommendation recommends that the defendant's motion to dismiss be granted. No objections have been filed within the prescribed time period.

After reviewing the record and the magistrate judge's Report and Recommendation, the court finds the magistrate judge's analysis of the motion and recommendation for disposition is appropriate. Accordingly, the court hereby adopts the Report and Recommendation in its entirety. Defendants' motion to dismiss is **GRANTED**. This case is hereby dismissed.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 9th day of March, 2016.

                                                 */s/ Ralph R. Erickson*
                                                 Ralph R. Erickson, Chief Judge
                                                 United States District Court

---

[1] Doc. #16.